62 So.2d 924

**J. F. SMITH et al. v. Margaret C. FEAGIN.**

6 Div. 466.

Supreme Court of Alabama.

Dec. 4, 1952.

PER CURIAM.

Affirmed.

62 So.2d 924

**STATE v. Leonard A. COULTER (Coulter Furn. Co.)**

4 Div. 699.

Supreme Court of Alabama.

Nov. 5, 1952.

Si Garrett, Atty. Gen., for appellant.

A. L. Patterson, Phenix City, for appellee.

PER CURIAM.

Appeal dismissed.

62 So.2d 925

**STATE ex rel. Theodore C. BOWEN v. BOARD OF EDUCATION, RANDOLPH COUNTY.**

5 Div. 535.

Supreme Court of Alabama.

Nov. 20, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 925

**Fred TATE, Adm'r v. Annie Lou TATE.**

8 Div. 601.

Supreme Court of Alabama.

Nov. 11, 1952.

S. A. Lynne, Decatur, for appellant.

Fred G. Moore, Birmingham, and Julian Harris and Norman W. Harris, Decatur, for appellee.

LIVINGSTON, Chief Justice.

Appeal dismissed in accordance with agreement.

FOSTER, SIMPSON and GOODWYN, JJ., concur.

63 So.2d 901

**Annie THOMPSON v. Connie D. THOMPSON.**

8 Div. 659.

Supreme Court of Alabama.

Jan. 22, 1953.

PER CURIAM.

Appeal dismissed.